# Services Agreement

This Professional Services Agreement (the "**Agreement**") is made effective as of the 1st of November, 2024 (the "**Effective Date**"), by and between Springs Services Organization LLC ,("**Facility**"), and Jordyn Weiner in her capacity as a Director of Holistic Healing LLC, an individual ("**Contractor**") (each a "**Party**" and together the "**Parties**").

**RECITALS**

WHEREAS, Facility is a wellness business that provides regenerative services and other novel modalities to clients requiring Facility's services and

WHEREAS, Contractor is a service provider possessing appropriate professional qualifications, training, and experience and has the practical capability to provide professional services (the "**Professional Services**"), and to perform administrative functions and services (the "**Administrative Services**")l to otherwise coordinate the provision of such care together, the "**Services**") as required by the Facility and its patients; and

WHEREAS, Facility desires to engage Contractor to provide the Services, and Contractor desires to be so engaged, on the terms and conditions contained and incorporated by reference in this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree and intend to be legally bound as follows:

## ARTICLE I
## CONTRACTOR SERVICES, RIGHTS, AND OBLIGATIONS

**Section I.01 Services.** Contractor shall provide the Services for Facility as follows:

(a) **Professional Services**. The range of tasks and duties that the Contractor is responsible for performing, as specified within the terms of this Agreement. These services are provided by the Contractor in accordance with their expertise and qualifications, as outlined herein. (the "**Professional Services**").

(b) **Other Services.** Contractor shall provide any additional professional, administrative, or other services as may reasonably be necessary to perform the Professional Services.

**Section I.02 Location of Performance.** Contractor shall carry out the Services stipulated by this Agreement at Facility located remotely. Facility reserves the right to request a Contractor to provide Services at other locations as reasonably necessary.

**Section I.03 Professional Services.**

(a) **Joints sales team's Closer Team Lead**

(b)

**Section I.04 Administrative Services.** The Contractor shall perform those administrative functions necessary to furnish and support the Services, including but not limited to the following:

(a) Timely and accurate completion and maintenance of any records, orders, notes, and other required records and reporting.

(b) Appropriate and functional policy and procedure recommendations relevant to performance of the Services.

**Section I.05 Professional Qualifications.** Contractor shall perform the Professional Services required under this Agreement until and unless Contractor confirms that they possess the legal capacity and authorization to provide the services outlined in this Agreement. Furthermore, Contractor warrants that, to the best of their knowledge, there are no legal or regulatory impediments in their country that would prevent or restrict them from fulfilling their obligations as a Contractor under this Agreement.

**Section I.06 Compliance with Laws.** The Parties enter into this Agreement with the intent of conducting their relationship – and shall perform the Services and all duties hereunder – in full compliance with applicable federal, state, and local laws.

**Section I.07 Changes in Law or Reimbursement Requirements.** The Contractor will work cooperatively with the Facility to implement new procedures, controls, or systems which the Facility may consider necessary in connection with changes in the law, regulations, or contracts governing third-party reimbursement.

**Section I.08 Non-Exclusive Relationship.** Contractor retains the right to perform the same or similar types of Services for third parties during the Term of this Agreement.

**Section I.09 Education.** The Contractor will be able to participate for reasonable periods of time in educational programs conducted by the Facility whether remotely or in person and might be subject to perform such other teaching functions within the Facility. The Contractor may attend conferences and meetings at their sole cost and expense, provided such attendance does not impair the performance of the obligations under this Agreement.

**Section I.10 Participation in Facility Policies and Programs.** Contractor shall comply with, and participate in the implementation of, the Facility's policies and programs, including but not limited to its policies and programs as required by the Contractor's assigned Manager in the scope of the Contractor's Services. Contractor agrees to abide by the reasonable determination of the Facility on all such matters during the term of this Agreement.

**Section I.11 Incurring Financial Obligation.** Contractor will not incur any financial obligation on behalf of the Facility without Facility's express, written, prior approval. Contractor shall be solely responsible for all personal and professional expenses, including but not limited to liability insurance premiums, membership fees, and expenses of attending conventions and meetings.

**Section I.12 Insurance.**

(a) **Limitation of Liability.** The Contractor acknowledges and agrees that Facility shall not be liable for any direct, indirect, incidental, consequential, or exemplary damages, including but not limited to, damages for loss of profits, goodwill, use, data, or other intangible losses (even if Facility has been advised of the possibility of such damages), arising out of or in connection with this Agreement or the services provided hereunder.

**1.14 Indemnification.**

(i) It is agreed that Facility shall not be liable for any error or omission of Contractor in providing professional services hereunder. Contractor shall indemnify and hold harmless Facility against any and all claims, damages, liability and court awards, including costs, expenses, and attorneys' fees incurred by Facility as a result of any act or omission taken by the Contractor or any of Contractors agents, subcontractors or assigns, including without limitation any to any individuals provided by Contractor to perform the Services pursuant to or under the terms of this Agreement.

(ii) Facility shall indemnify and hold harmless Contractor against any and all claims, damages, liability, and court awards, including costs, expenses and attorneys' fees incurred by Contractor as a result of any act or omission taken by the Facility or its agents, subcontractors, or assigns, pursuant to or under the terms of this Agreement.

**1.15 HIPAA Compliance.** Contractor acknowledges that in the performance of their duties under this Agreement, they may have access to protected health information (PHI) as defined by the Health Insurance Portability and Accountability Act (HIPAA). Contractor agrees to comply with all HIPAA regulations and standards applicable to their role, including but not limited to the HIPAA Privacy Rule, Security Rule, and Breach Notification Rule. Contractor shall maintain the confidentiality and security of PHI and shall not use or disclose PHI except as necessary to perform the services under this Agreement or as required by law. Contractor agrees to promptly report any suspected or actual breaches of PHI to Facility and to cooperate fully in any investigation or response to such breaches.Contractor further agrees to sign the Business Associate Agreement (BAA) provided by the Facility.

**1.16 Retention of Communications Clause.** Contractor agrees that all forms of communication with prospects—whether written, audio, or video—shall be retained in their original form. At no time shall any communication be deleted, modified, or otherwise altered. This obligation is mandatory and is crucial to maintaining compliance with company policies and applicable regulations. Failure to comply with this clause may result in disciplinary action, up to and including termination of the contract.

## ARTICLE II
## CONTRACTOR REPRESENTATIONS AND WARRANTIES

Contractor makes the following representations and warranties to Facility:

**Section II.01 No Violation.** Contractor represents and warrants that it is not in breach of (and warrants that it will not, during the term of this Agreement, be in breach of) any other contract, obligation, or covenant that would affect Contractor's ability to perform hereunder.

**Section II.02 No Discrimination.** Both parties shall conduct themselves in a professional manner that reflects concern for the preservation of the integrity and human dignity of Facility's patients. Contractor shall not differentiate or discriminate in the treatment of patients or in the quality of services rendered to patients on the basis of race, creed, color, national origin, ancestry, sex, age, religion, sexual orientation, veteran status, handicap, place of residence, health status, source of payment, credit history, marital status, or a patient's participation in a particular third party payor's plan or a patient's status as a beneficiary of a federal health care program (including but not limited to Medicare and Medicaid).

## ARTICLE III
## POLICY ON SEXUAL HARASSMENT

**Section III.01 Definition and Policy** Contractor agrees to comply with the Facility's zero-tolerance policy on sexual harassment, which is defined as any unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature. Such conduct becomes unlawful when it explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment. Any contractor found engaging in sexual harassment will be in violation of this policy and subject to disciplinary action, up to and including immediate contract termination.

**Section III.02 Reporting and Investigation Obligations** Contractor is obliged to report any instances of sexual harassment they witness or experience to Human Resources or any member of the Facility's Leadership team immediately. Contractor agrees to participate fully in any investigation process conducted by the Facility, ensuring that all relevant information is provided to facilitate a thorough and fair investigation. The Facility will maintain the confidentiality of all reports to the extent possible and will take appropriate action based on the findings of the investigation.

**Section III.03 Compliance and Disciplinary Action** Contractor must adhere to the Facility's policy on sexual harassment and ensure that their conduct aligns with the standards set forth. This includes avoiding any behavior that could be construed as verbal harassment or abuse, subtle pressure for sexual activity, inappropriate physical contact, demanding sexual favors with implied or overt threats, and unwelcome sexually motivated comments. Any violations of this policy by the Contractor will result in disciplinary action, which may include immediate termination of the contract. The Contractor's adherence to this policy is essential in maintaining a safe and respectful workplace environment.

## ARTICLE IV
## WORKPLACE VIOLENCE PREVENTION

**Section IV.01 Understanding Workplace Violence and Commitment to Safety** Contractor acknowledges that workplace violence includes physical assaults, threats, harassment, intimidation, and any behavior causing fear for personal safety. The Facility is committed to maintaining a safe working environment free from these hazards. In compliance with the Occupational Safety and Health Act (OSHA), the Facility will provide a workplace free from recognized hazards that could cause death or serious physical harm, including workplace violence.

**Section IV.02 Violence Reporting Obligations** Contractor is obliged to report any safety concerns to their Manager or the HR department. Mandatory training sessions on recognizing warning signs, de-escalation techniques, and reporting incidents are to be attended by the Contractor. Contractor must follow established procedures for reporting any incidents or threats of workplace violence to their Manager, HR, or through the Facility's anonymous reporting system.

**Section IV.03 Zero-Tolerance Policy and Rights and Protections** Contractor must adhere to the Facility's zero-tolerance policy towards workplace violence. Any act of violence, threat, harassment, or intimidation by the Contractor will result in disciplinary action, up to and including termination of the contract. Contractor has the right to report any incidents or threats of workplace violence without fear of retaliation. The Facility will take reasonable steps to ensure the Contractor's safety at work and provide access to support services, such as counseling and employee assistance programs, if workplace violence is experienced.

## ARTICLE V
## WORKPLACE CONDUCT

**Section V.01 Professional and Respectful Conduct** Contractor agrees to maintain a professional and respectful demeanor at all times, fostering a positive and inclusive work environment. Adherence to the Facility's policies and procedures, including the code of conduct, is essential. Contractor acknowledges that any form of harassment, discrimination, or unethical behavior is strictly prohibited and will not be tolerated.

**Section V.02 Open and Respectful Communication** Contractor commits to communicating openly and respectfully with colleagues, Managers, and clients. Contractor is obliged to report any observed or experienced inappropriate conduct immediately to their Manager, HR, or through the Facility's anonymous reporting system.

**Section V.03 Training and Adherence to Guidelines** Contractor will participate in regular training sessions provided by the Facility to ensure understanding of the standards and expectations for workplace behavior. By adhering to these guidelines, the Contractor will contribute to creating a supportive and productive workplace for everyone.

## ARTICLE VI
## BILLING & COMPENSATION

**Section VI.01 Professional Fees and Services.** It is agreed that only Facility (or its designee) will bill and receive any fees or charges for the Professional Services provided to Facility and its patients under this Agreement by Contractor.

(a) **Assignment of Right to Bill.** Contractor hereby assigns to Facility (or its designee) the right to bill for the Professional Services provided under this Agreement, as evidenced by this provision and Contractor's signature on the assignment of billing and payment rights.

(b) **Billing Records.** Contractor shall prepare and submit accurate, complete, and timely billing records to Facility (or its designee) in order to allow Facility (or its designee) to bill for such Professional Services.

(c) **Professional Services Compensation.** Facility shall pay Contractor an initial monthly rate of $3,500 USD payable semi-monthly, in accordance with company's standard payroll practices, and subject to any deductions permitted or required under law. Furthermore, 10% commission of cash collected on a deal, payable once 50% of the deal's value is collected, payment will be made on a monthly basis or as required by state law, following Springs Rejuvenation's standard payroll practices and subject to any legally required or permitted deductions. Additionally, you will be eligible for an **extra 2% commission** if your team meets key performance indicators (KPIs) by achieving either: **Close rate + unit goal** OR **Close rate + cost-per-acquisition (CPA) goal.**

**Section VI.02 Taxes.** The Facility shall provide Contractor with any necessary documentation as reasonably necessary to comply with tax obligations in Contractor's country of residence or applicable jurisdiction. Contractor acknowledges and agrees that they are solely responsible for determining and fulfilling any tax obligations or reporting requirements in their country of residence or applicable jurisdiction. Facility is not responsible for calculating, paying, or withholding any taxes or benefits on behalf of Contractor.

**Section VI.03 Books and Records.** Contractor shall maintain books, records, and documents in accordance with generally accepted accounting principles, procedures, and practices which sufficiently and properly reflect all revenues generated in connection with the Services provided herein.

## ARTICLE VII
## TERM AND TERMINATION

**Section VII.01 Term.** The term of this Agreement will commence immediately on the Effective Date and shall continue indefinitely (the "**Term**"), unless sooner terminated in accordance with the terms hereof.

**Section VII.02 Termination.** Notwithstanding any other provision Contractor may terminate this Agreement at any time, with or without cause, on no less than sixty (60) days prior written notice to Facility. Facility may terminate this Agreement at any time, with or without cause without a prior written notice to the Contractor.

**Section VII.03** **Non-Interference.** Following the expiration or termination of this Agreement for any reason, the Contractor agrees to do nothing that may interfere with any contract of the Facility with any other individual or entity for the provision of services within the Facility.

## ARTICLE VIII
## MISCELLANEOUS

**Section VIII.01** **Relationship of the Parties.** The relationship between Facility and Contractor under this Agreement is that of independent contractors. Nothing contained in this Agreement shall be construed as creating any agency, partnership, joint venture, or other form of joint enterprise, employment, or fiduciary relationship between the Parties, and neither Party shall have authority to contract for or bind the other Party in any manner whatsoever.

**Section VIII.02** **Use of Names and Logos.** Contractor agrees not to use any name or mark of Facility or to quote the opinion of any of Facility's employees in any advertising or other publicity, including in client lists or on Contractor's website, without obtaining the prior written consent of Facility.

(a) **Materials Describing Services.** During the term of this Agreement, Facility may use the names of Contractor in a reasonable and appropriate manner, in connection with promotional or other materials describing the Professional Services available to the community through Facility.

(b) **Unauthorized Releases or Announcements**. Neither party shall issue or release any announcement, statement, press release, or other publicity or marketing materials relating to this Agreement, or otherwise use the other Party's trademarks, service marks, trade names, logos, symbols, or brand names, in each case, without the prior written consent of the other Party.

**Ownership and Confidentiality of Information.** All Facility and Contractor business, medical and other records, and all information generated by or relating to Facility and Contractor or Service management information systems, shall remain the sole property of each respective Party to this Agreement. The Facility and Contractor agree to keep such information strictly confidential. The Facility and Contractor shall not duplicate or permit the duplication of or release of any portion of such information except as expressly permitted by the other Party. On termination or expiration of this Agreement under any circumstances, each Party to this Agreement shall immediately return to the other Party all such information and materials, and will not thereafter use, appropriate, or reproduce such information or disclose such information to any third party, except as required by law or applicable regulation.

**Section VIII.03** **Notices.** All notices, requests, consents, claims, demands, waivers, and other communications permitted or required by this Agreement shall be in writing and shall be deemed to have

**Section VIII.04** **Duty To Cooperate.** Each Party agrees to cooperate with the other fully in formulating and implementing goals and objectives which are in the best interests of the Facility and its patients.

**Section VIII.05** **Severability.** The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement.

**Section VIII.06** **Headings.** The headings used herein are for convenience only and do not limit the contents of this Agreement.

**Section VIII.07** **Variations of Pronouns.** All pronouns and all variations thereof will be deemed to refer to the masculine, feminine, or neuter, singular or plural, as relevant to the identity of the particular person, persons, or entity.

**Section VIII.08** **Governing Law.** The interpretation and enforcement of this Agreement will be governed by the laws of the state of …………., without regard to any conflicts of law provisions contained therein. Venue for any action hereunder shall be in the courts of ……………., ……………...

**Section VIII.09** **Assignability.** The rights and obligations of the Facility hereunder will insure to the benefit of, and be binding on, the successors and assigns of the Facility. The Contractor may not assign its rights or obligations under this Agreement without the Facility's prior written consent, provided that Contractor may assign this Agreement to an entity which Contractor controls with the Facility's approval which approval will not be unreasonably withheld.

**Section VIII.10** **Force Majeure.** No Party shall be liable or responsible to the other Party, nor be deemed to have defaulted under or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts beyond the impacted party's ("**Impacted Party's**").

Acts contemplated by this Section 7.12 include, without limitation, the following force majeure events ("**Force Majeure Events**"): acts of God; flood, fire, earthquake, storm, or other weather event, explosion; war, invasion, hostilities (whether war is declared or not), terrorist threats or acts, riot, or other civil unrest; government order, law, or actions; embargoes or blockades (that take effect on or after the date of this Agreement); national or regional public health emergency, including pandemic, epidemic, and other health emergencies; strikes, labor stoppages or slowdowns, or other industrial disturbances; and shortage of adequate power or transportation facilities.

(a) An Impacted Party shall give notice within two (2) days of the Force Majeure Event to the other Party, stating the period of time the occurrence is expected to continue.

(b) During the Force Majeure Event, the non-affected Party may similarly suspend its performance obligations until such time as the Impacted Party resumes performance.

(c) An Impacted Party shall use diligent efforts to end the failure or delay and ensure the effects of such Force Majeure Event are minimized and shall resume performance of its obligations as soon as reasonably practicable.

**Section VIII.11 No Waiver.** No waiver of a breach of any provision of this Agreement will be construed to be a waiver of this Agreement, whether of a similar or different nature, and no delay in acting with regard to a breach shall be construed as a waiver of that breach.

**Section VIII.12 Survival.** Any provisions of this Agreement creating obligations extending beyond the term of this Agreement will survive the expiration or termination of this Agreement, regardless of the reason for such termination.

**Section VIII.13 Amendments.** Any amendments to this Agreement will be effective only if in writing and signed by the Facility and the Contractor.

**Section VIII.14 Non-Solicitation.**

(a) **By Contractor.** During the term of this Agreement and as allowed by law and for two (2) years following the termination of this Agreement, Contractor shall not, directly or indirectly, on its own behalf or on the behalf of any other person, organization or entity, without the express written approval of Facility, employ, engage, contract, induce, or solicit in any manner for the services of any Facility employee to work for Contractor, or for any person, corporation, partnership, sole proprietorship, governmental agency, organization, joint venture, or other entity with whom or which Contractor is associated, contracted or employed by Contractor to perform Services – or otherwise interfere with any contractual relationship of Facility.

**Section VIII.15 Appropriate Authorizations.** The execution and performance of this Agreement by the Facility and Contractor have been duly authorized by all necessary laws, resolutions, and corporate action, and this Agreement constitutes the valid and enforceable obligations of the Contractor and Facility in accordance with its terms.

**Section VIII.16 Entire Agreement.** This Agreement, together with all Exhibits, Schedules, and other documents as may be attached hereto, each such document incorporated by reference as if fully set forth herein, constitutes the sole and entire agreement of the Parties with respect to the subject matter addressed by this Agreement, and supersedes all prior and contemporaneous understandings and agreements, both written and oral, with respect to such subject matter.

IN WITNESS WHEREOF, the duly authorized representatives of the parties hereby execute this Professional Services Agreement

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date set forth below.

| | |
|---|---|
| [PARTY NAME] | [PARTY NAME] |
| By________________ | By________________ |
| Name: Dr. Charles Pereyra | Name: Jordyn Weiner |

| | |
|---|---|
| Title: Founder/ CEO | Title: ____________ |
| Date:11/18/2024 | Date: 11/18/2024 |