UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-27608-HUCK/SANCHEZ

JORDYN WEINER and
HOLISTIC HEALING LLC,

Plaintiffs,

vs.

SPRINGS SERVICES ORGANIZATION, LLC,
d/b/a SPRINGS REJUVENATION, AND
SPRINGS REJUVENATION, LLC,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS**

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiffs, Jordyn Weiner and Holistic Healing LLC, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 28th day of October 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*